**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELAINE C.,

                Plaintiff,
    -against-                                  23 **CIVIL** 2120 (GRJ)

                                                   **JUDGMENT**

COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------------X

        It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Decision and Order dated November 3, 2023, Plaintiffs Motion for Judgment on the Pleadings (Docket No. 15) is DENIED and this case is DISMISSED. Final judgment is entered in favor of the Commissioner and the case is closed.

**Dated:** New York, New York

      November 3, 2023

                                                            **RUBY J. KRAJICK**
                                                              **Clerk of Court**

                                      **BY:**

                                                               **Deputy Clerk**